UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No.: 13-CR-5372-RBL-1 |
| v. | Judge: Leighton |
| PETER D. URREA, | |
| Defendant. | |

FILED / LODGED / RECEIVED
JUN 20 2013
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

### ORDER

THIS MATTER comes on before the above-entitled Court upon counsel for the Defendant's Motion to Appear *Pro Hac Vice*, Motion to Waive Local Counsel, and Motion to Direct the Clerk to Register Counsel With CM/ECF. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

**ORDERED** that counsel's motion to waive the requirement of associating with local counsel contained in GR2(d), Local Rules W.D. Wash. is GRANTED. The Clerk shall process Mr. Fayne's *pro hac vice* application and shall register Mr. Fayne as a CM/ECF participant.

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 20th day of June, 2013

_____
UNITED STATES DISTRICT JUDGE

11004655.1